# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:15-cv-04461-LMM
### Taylor v. FTS USA, LLC et al
### Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 09/19/2016.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:31 A.M.
TIME IN COURT: 00:31
OFFICE LOCATION: Atlanta
COURT REPORTER: Montrell Vann
DEPUTY CLERK: Rebecca Bachelor

ATTORNEY(S) PRESENT: Jonathan Christman representing FTS USA, LLC
Jonathan Christman representing Unitek USA, LLC
Colin Dougherty representing FTS USA, LLC
Colin Dougherty representing Unitek USA, LLC
Harold Lichten representing Joseph Taylor
John Mays representing Joseph Taylor
Matthew Thomson representing Joseph Taylor

PROCEEDING CATEGORY: Telephone Conference (Motion Hearing Non-evidentiary);

MINUTE TEXT: A Telephone Conference was held to discuss Plaintiff's Motion for an Order Requiring Defendants to Comply with the Court's Conditional Certification Order to Facilitate Notice and Tolling the Statute of Limitations for Potential Opt-In Plaintiffs [37]. The Court reminded the parties to comply with this Court's Standing Order [5] as to the filing of motions to compel. The Court found that Defendants' right to object to the notice has not been waived. The Court clarified its previous Order granting Plaintiff's Motion for Conditional Certification [28] and concluded that the southeastern United States encompassed Georgia, Alabama, Texas and Florida. The Court will likely allow for discovery in North Carolina, South Carolina, Tennessee, Louisiana, Arkansas, and Mississippi. The parties shall confer on what should be contained in the notice. The agreed upon version of the notice shall be emailed to the Court no later than Friday, September 23, 2016. If the parties disagree on language to be included within the notice, that language should also be included in Friday's email to Ms. Bachelor. Defendants shall provide Plaintiff a list of names and addresses for employees in Alabama and Texas, and should produce email addresses for employees in Georgia, Alabama, Texas and Florida if maintained. A written order will follow on the issue of the Tolling of Statute of Limitations for Potential Opt-In Plaintiffs.

HEARING STATUS:     Hearing Concluded