IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH TAYLOR,<br>individually and on behalf of all<br>other similarly situated individuals,<br><br>      Plaintiff,<br><br>v.<br><br>FTS USA, LLC, and<br>Unitek USA, LLC<br><br>      Defendants. | )<br>)<br>)<br>)  Civil Action No. 1:15-cv-04461-LMM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ON JOINT MOTION FOR SETTLEMENT APPROVAL

Having considered the Parties' Joint Motion for Settlement Approval and conducted a telephone hearing on this matter, it is hereby ORDERED as follows:

1. The Court finds that the Parties' Settlement Agreement is a fair and reasonable resolution of a bona fide dispute;
2. The Joint Motion for Settlement Approval is GRANTED;
3. The claims of 74 Named and Opt-in Plaintiffs who responded to written discovery, as identified in Exhibit 1 to the Parties' Agreement and this order, are dismissed with prejudice;
4. The claims of 44 Opt-in Plaintiff who failed to respond to written discovery, as identified in Exhibit 2 to the Parties' Agreement and this order, are dismissed without prejudice.

The Clerk is instructed to CLOSE this case.

So ordered this 12th day of December, 2017.

_____
Hon. Leigh Martin May
United States District Judge

# Exhibit 1

**Responding Opt-ins**

Ag Nouh,Jean Lefe
Allen,Derrick Avery
Allen,Tre'Vaughn Levar
Anderson,Joseph Albert
Anderson,Maynard Irving
Andrews,Cleveland Kevon
Austin,David Lee
Baptiste,Elijeune
Barron Jr,Danny J
Berry,Vincent Valentino Natha
Blunt III, Freddy Alfonzo
Bruton Jr,Leroy
Butler II,Mark Wesley
Calixte,Dunchley
Cano,Luis Carlos
Cardona,Jaime
Cardonne,Oscar A
Carson,Andrew Edwin
Casanueva Perez,Sergio Raul
Cills,Russell Roosevelt
Clemmons Jr,Bobby Ray
Crosby,Ernest George
Duckett,Jason Everett
Edmondson,Walter Desmond
Fern,Max Brian
Fischer,James Eric
Frances Valenzuela,Adolfo N
Fung-Lyew,Roy A
Gaffney,Trenton Deshai
Garcia Garcell,Yanier
George,Donald H
Glennon,Bryan Lee
Hall,Jacwa Marquette
Hearn,Derrek Anthony
Hernandez,Eder A
Hobbs,Timothy Curtis
Janvier,Alphonse Junior
Jean,Wildor
Johnson,William L
Leggette,Alfonso
Marmolejo,Adrian Jose
Martinez,Rene
Medrano Sr,Daniel M
Menard,Junior Pulcio
Morales,Pedro L

Morana,Joseph A
Noel,Craig Stanton
Nowell,Casey D
Ortiz,Rafael Reyes
Paul,Gregory Edward
Paz, Edvin Diaz
Pereira,Jose Vladimir
Quintana,Reydel
Rene,Pierre Alix
Savage,Dewayne Darnell
Sepulveda,Maximo Antonio
Sifuentes,Anthony J
Smith,Darius Gregory
Tatum,Reuben
Taylor,Joseph Lucious
Thompson,Brian Dale
Tucker,Michael Christopher
Underwood Jr,Sheldon J
Valdes Martinez,Pedro M
Villalobos,Ricardo
Warren,James M
Whitaker,Labaron Derell
Whitlow,Londeria Maurice Jamal
Williams,Reginald
Williamson,Wayne Aloysious
Winn Jr,Kenneth Allen
Yoast Jr,Charlie Garner
Craig,Tobias Jeremiah
Hernandez Rodriguez,Jose A

# Exhibit 2

**Non-Responding Opt-ins**

Adams,John Ross
Alvarez Jr,Jose A
Arbel,Joseph
Arnold,William Charles
Batista,Ramon
Bestard,Efren
Cantero,Ivan
Farah,Alejandro Alberty
Feliciano,Dennis Mojica
Forehand,John T
Fraioli,Joshua A
Galvez,Gary Manuel
Gonzalez Utra,Ivan
Hernandez,Carlos Ernesto
Herrera,Anthony Daniel
Hinton,Lamorris Deshon
Johnson Jr,J C
Johnson,Reginald Demetri
Kintner,Kevin L
Lezeau,Claude
Loudermilk Jr,William Carl
Machado,Yurgen Rene
Marr,Shawn P
Marshall,Frederick A
Marshall,Richard Thomas
Matadin,Ravendra
Mcphate,Damien P
Moreta,Carlos Jose
Nesbitt,Allan
Palenque,Rolando
Pierre,Claude
Pierre,Jean C
Rist,Jason Wade
Ruiz Marrero,Agustin
Sanchez,Jose
Sebastian,Shawn
Shine,Markel Deuante
Smith,Marcus Dewayne
Taylor,Arrison Royiel
Tomerlin,Collin Tyler
Trentman,David W
Victory,Joe Gregory
White,Asa V
Williams,Jason Edward